**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Sandra L. Hicks,
                    Plaintiff(s),


V.                                          CIVIL ACTION NO. 1:11cv11517 RGS


Janet Napolitano,
                    Defendant(s).


JUDGMENT


STEARNS, DJ.                                          May 10, 2013


        In accordance with this Court's Order entered on May 10, 2013, it is hereby ordered:


Judgment in favor of the Defendant.  The above entitled action is CLOSED.


                              SO ORDERED.

                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE



                    BY:        */s/ Terri Seelye*
                              Deputy Clerk